UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case Nos. 1:94-CR-81 |
| vs. | ) | 1:08-cr-37 |
| | ) | |
| THOMAS WOODS | ) | JUDGE EDGAR |
| aka THOMAS FREEMAN | ) | |

## MEMORANDUM AND ORDER

The defendant appeared for a hearing before the undersigned on October 14, 2009, in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure on the Petition for Warrant for Offender Under Supervision of U.S. Probation Officer Kevin Matherly and the Warrant for Arrest issued by U.S. District Judge R. Allan Edgar. Those present for the hearing included:

(1) AUSA Terra Bay for the USA.
(2) The defendant, THOMAS WOODS.
(3) Attorney Rita LaLumia for defendant.
(4) Deputy Clerk Stefanie Capetz.

After being sworn in due form of law the defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

It was determined the defendant wished to be represented by an attorney and he qualifies for the appointment of an attorney to represent him at government expense. Attorney Rita LaLumia of Federal Defender Services of Eastern Tennessee, Inc. was appointed to represent the defendant. It was determined the defendant had been provided with a copy of the Petition for Warrant for Offender Under Supervision and the Warrant for Arrest and had the opportunity of reviewing those documents with Atty. LaLumia. It was also determined the defendant was capable of being able to read and understand the copy of the aforesaid documents he had been provided.

Defendant waived his right to a preliminary hearing and detention hearing.

AUSA Bay moved defendant be detained without bail pending his revocation hearing before U.S. District Judge R. Allan Edgar.

1

<u>Findings</u>

(1) Based upon U.S. Probation Kevin Matherly's petition and defendant's waiver of preliminary hearing and detention hearing, the undersigned finds there is probable cause to believe defendant has committed violations of his conditions of supervised release as alleged in the petition.

<u>Conclusions</u>

It is ORDERED:

(1)  The defendant, THOMAS WOODS, shall be appear in a revocation hearing before U.S. District Judge R. Allan Edgar.

(2) The motion of AUSA Bay that defendant be DETAINED WITHOUT BAIL pending his revocation hearing before Judge Edgar is GRANTED.

(3) The U.S. Marshal shall transport THOMAS WOODS to a revocation hearing before Judge Edgar on **Wednesday, November 4, 2009, at 9:30 am.**

ENTER.

Dated:  October 19, 2009        s/William B. Mitchell Carter
                                UNITED STATES MAGISTRATE JUDGE